```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06360
   LASHONDA R PERKINS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-4199


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/10/07 .

     2.  The case was dismissed without confirmation, 07/27/2007.

------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
BALABAN FURNITURE           SECURED              .00           .00            .00
AFFINITY CREDIT SERVICES    UNSECURED      NOT FILED           .00            .00
ASPEN                       UNSECURED      NOT FILED           .00            .00
CASH MART CORP              UNSECURED      NOT FILED           .00            .00
CASHNET USA                 UNSECURED      NOT FILED           .00            .00
CHECK INTO CASH OF ILLIN    UNSECURED      NOT FILED           .00            .00
FAST CASH ADVANCE           UNSECURED      NOT FILED           .00            .00
HSBC                        UNSECURED      NOT FILED           .00            .00
LIGHTHOUSE FINANCIAL GRO    UNSECURED      NOT FILED           .00            .00
PAYDAY LOAN STORE           UNSECURED      NOT FILED           .00            .00
SHORT TERM LOAN             UNSECURED      NOT FILED           .00            .00
TRIBUTE                     UNSECURED      NOT FILED           .00            .00
US DEPT OF EDUCATION        UNSECURED      NOT FILED           .00            .00
ADVANCE AMERICA             UNSECURED      NOT FILED           .00            .00
AMERICASH                   UNSECURED      NOT FILED           .00            .00
BIG LIMITED HBS SERVICES    UNSECURED      NOT FILED           .00            .00
PAYDAY LOAN                 UNSECURED      NOT FILED           .00            .00
QUICK AS CASH ADVANCE       UNSECURED      NOT FILED           .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00          .00           .00         .00          .00
PRINCIPAL PAID       .00          .00           .00         .00          .00
INTEREST PAID        .00          .00           .00         .00          .00
TOTAL PAID           .00          .00           .00         .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $     .00
and was paid $       .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 10/09/07                              /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE